UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ANTHONY NOTO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  4:11CV1742 TIA |
| ) | |
| BJC HEALTH SYSTEMS, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court pursuant to 28 U.S.C. § 636(c).  Consent of the plaintiff has not been obtained, and no service has been executed upon the defendant.  Upon review of the file, the undersigned notes that by order dated February 21, 2012, plaintiff was directed to file with the court, within fourteen (14) days, the reasons for the delay in serving defendant, and the reasons why the complaint should not be dismissed because of plaintiff's failure to complete service upon defendant within 120 days of the filing of the complaint, pursuant to Fed. R. Civ. P. 4(m).  In its order, the Court advised that if plaintiff failed to show good cause for the delay in serving defendant, or failed to comply with the order, the action could be dismissed without prejudice.

As of the date of this order, the Court has received no response from plaintiff, and the time for filing such response has passed.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of the Court shall reassign the above matter so that plaintiff's complaint can be dismissed without prejudice for failure to comply with this Court's order.

          /s/ Terry I. Adelman
UNITED STATES MAGISTRATE JUDGE

Dated this  19th day of March, 2012.